UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:18-cr-20-01-PB |
| ) | |
| MICHAEL VAILES ) | |

**PROPOSED WITNESS LIST OF THE UNITED STATES**

Timothy A. Jackson
Criminalist II
New Hampshire State Police Forensic Laboratory
Concord, New Hampshire

SIS Tech James Kelley
FCI-Berlin
Berlin, New Hampshire

Lt. Scott Tawes
FCI-Berlin
Berlin, New Hampshire

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney
New Hampshire Bar # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
Donald.Feith@usdoj.gov

## **CERTIFICATION**

      I hereby certify that a copy of this objection was served electronically, through ECF, on Attorney Bjorn Lange, Federal Defender's Office, 22 Bridge Street, 3rd Floor, Concord, New Hampshire 03301, counsel for the defendant, on August 29, 2018.

                                      /s/ Donald Feith
                                      Donald Feith
                                      Assistant U.S. Attorney