UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Cr. No. 18-Cr 20-01-PB |
| | ] | |
| MICHAEL VAILES | ] | |

## **DEFENDANT'S WITNESS LIST**

Pursuant to Local Criminal Rule 16.1(i) the defendant Michael Vailes through counsel respectfully provides this name of a potential trial witness. The defendant reserves the right to call any witnesses on the Government's Witness List in addition to the individual listed below. The defendant further reserves the right to supplement this list if he discovers the need for additional witnesses.

Chase McNiss       Concord, New Hampshire

Respectfully submitted,

MICHAEL VAILES
By His Attorney,

/s/ Bjorn Lange
Bjorn Lange (NHBA # 1426)
Assistant Federal Public Defender
22 Bridge Street-3rd Fl.
Concord, NH 03301
Tel. 603-226-7360
Bjorn_Lange@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018 the above document was served via ECF to AUSA Donald A. Feith.

/s/ Bjorn Lange
Bjorn Lange