UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:18-cr-20-01-PB |
| | ) |
| MICHAEL VAILES | ) |

## FIRST AMENDED EXHIBITS LIST OF THE UNITED STATES

| Ex. No. | Description |
|---|---|
| 1 (jd) | Chair stamped with 204 on the back |
| 2 (jd) | One plastic and two metal objects sharpened with a point at one end |
| 3 (jd) | Photograph of plastic object |
| 4 (jd) | Photograph of metal object #1 |
| 5 (jd) | Photograph of metal object #2 |
| 6 (jd) | Video of FCI-Berlin B-1 Housing Unit December 16, 2017 |
| 6a (jd) | Video segment from 8:52:30 a.m. to 9:47:53 a.m. |
| 6b (jd) | Video segment from 10:25:48 a.m. to 10:27:50 a.m. |
| 7 (jd) | Quarters history for Michael Vailes |
| 8 (jd) | Photograph of Michael Vailes |
| 9 (jd) | Quarters history for Nunzio Gentille |
| 10 (jd) | Photograph of Nunzio Gentille |
| 11 (jd) | Photograph of section of B-1 Housing Unit Cells 102 to 105 and 201 to 205 |

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney
New Hampshire Bar # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
Donald.Feith@usdoj.gov

## CERTIFICATION

I hereby certify that a copy of this objection was served electronically, via email, on Attorney Bjorn Lange, Federal Defender's Office, 22 Bridge Street, 3rd Floor, Concord, New Hampshire 03301, counsel for the defendant, on October 3, 2018.

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney