U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 11 2018

FILED

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Tracy A. Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

October 10, 2018

To:        Donald Feith

From:    Vincent Negron, Deputy Clerk

Re:       USA v. Vailes, Case No. 18-cr-20-01 PB,

Enclosed find exhibit(s) listed below. Please sign this acknowledgment and return it to the Clerk's Office in the enclosed envelope.

EXHIBITS: on attached Final Exhibit List

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 10/11/20 18        By: [signature]
Counsel for: U.S.